# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE BANK USA, N.A., a corporation,<br><br>    Plaintiff<br><br>vs.<br><br>NANCY REINGOLD and DOES 1 through 10,<br><br>    Defendants.<br>_____<br><br>NANCY REINGOLD, an individual; and HERSCHEL REINGOLD, an individual,<br><br>    Cross-Complainants,<br><br>vs.<br><br>CHASE BANK USA, N.A., a corporation; ASSET ACCEPTANCE, LLC, a limited liability company; and ROES 1 through 100, inclusive,<br><br>    Cross-Defendants.<br>_____ | CASE NO.: 07 CV 0094 JAH JMA<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CROSS-COMPLAINT AS TO ASSET ACCEPTANCE, LLC** |

1 | Pursuant to the stipulation of the parties and good cause appearing, the joint motion for dismissal of cross-complainants Nancy Reingold and Herschel Reingold and cross-defendant Asset Acceptance, LLC is GRANTED.

IT IS HEREBY ORDERED that the Cross-Complaint is dismissed as to Asset without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each side shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: March 28, 2008

JOHN A. HOUSTON
United States District Judge